1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALVIN HAYES,                              No.  1:17-cv-00798-DAD-JLT

12              Plaintiff,

13         v.                                  APPROVING STIPULATION OF PARTIES
                                               AND REMANDING CASE TO THE KERN
14   ADVANCED DRAINAGE SYSTEMS,                COUNTY SUPERIOR COURT
     INC.,
15
                Defendant.
16

17         This matter was removed to this court from Kern County Superior Court on June 12, 2017

18   on the basis of diversity under the Class Action Fairness Act ("CAFA").  (Doc. No. 1.)  On July

19   7, 2017, plaintiff filed a motion to remand, claiming that the amount in controversy, which under

20   CAFA must exceed $5 million, was not satisfied in this case.  (Doc. No. 5.)  The court heard oral

21   argument on this motion on August 15, 2017.  (Doc. No. 19.)  On February 13, 2018, the parties

22   filed a stipulation noting that they had settled the matter for an amount less than the jurisdictional

23   threshold under CAFA, and jointly requested that this court remand the case back to the Kern

24   County Superior Court.  (Doc. No. 24.)

25   /////

26   /////

27   /////

28   /////

                                            1

Good cause appearing, the court therefore accepts the stipulation of the parties and directs that this matter be remanded to the Kern County Superior Court. Accordingly, the Clerk of the Court is directed to terminate any pending motions (Doc. No. 5) and close this case.

IT IS SO ORDERED.

Dated: __February 13, 2018__

_____
UNITED STATES DISTRICT JUDGE